UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN  STURM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:14-cv-00848-RLY-MPB |
| | ) | |
| CITY OF INDIANAPOLIS, | ) | |
| OFFICER CATHERINE HEDGES, in her | ) | |
| official and individual capacities, and | ) | |
| OFFICER GREGORY STEWART, in his | ) | |
| official and individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY ON PLAINTIFF'S RULE 72 OBJECTION

Plaintiff objects to the Magistrate Judge's Order denying him leave to file a

Second Amended Complaint.  The Magistrate Judge based his decision on the following:

(1) Plaintiff filed his motion for leave more than nine months after the agreed upon and

court-ordered deadline; (2) Plaintiff had enough information at the time he filed his First

Amended Complaint to assert a battery claim against Officer Hatch and a *Monell* claim

against the City of Indianapolis; and (3) Defendants would be prejudiced by the addition

of new legal theories.  Based on the court's review of the record, the Magistrate Judge did

not commit any legal error or abuse his discretion.  Accordingly, Plaintiff's Objection

(Filing No. 68) is **OVERRULED**.

**SO ORDERED** this 13th day of April 2016.

_____

RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

1

Distributed Electronically to Registered Counsel of Record.